UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LACHMAN CONSULTANT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROTHYA BIOSOLUTIONS NETHERLANDS B.V., <br><br> Defendant. | No. 25-cv-1721 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On March 24, 2025, Plaintiff voluntarily dismissed this action pursuant to Federal Rule of Procedure 41(a)(1)(A)(i). In light of that dismissal, all deadlines and conferences are adjourned and the case is closed.

SO ORDERED.

Dated:     March 27, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge